IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **MARY COX,** | § | |
| Plaintiff | § | |
| | § | |
| V. | § | No.  2:06CV279 |
| | § | |
| **JO ANNE B. BARNHART,** | § | |
| Commissioner of Social | § | |
| Security Administration, | § | |
| Defendant | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636.  The Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration.  No objections to the Report and Recommendation were filed.  The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.  Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court.  Accordingly, it is hereby

**ORDERED** that Commissioner's Unopposed Motion to Reverse With Remand for Further Administrative Proceedings (Dkt. No. 9) is hereby **GRANTED**.  It is further

**ORDERED** that Plaintiff's above-entitled and numbered civil action is **REVERSED and REMANDED** under the fourth sentence of the Social Security Act, 42 U.S.C. § 405(g), to the Commissioner of the Social Security Administration for further administrative proceedings before an Administrative Law Judge ("ALJ"). It is further

**ORDERED** that on remand the ALJ shall fully address the medical source opinion of

treating physician Frank Murphy, M.D., and the opinion of consultative examiner William Sanders, M.D.  It is further

**ORDERED** that all motions not previously ruled on are **DENIED**, and the referral order is **VACATED**.

SIGNED this  1st  day of February, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE